In The 3rd Court of Appeals
Austin, Texas

Herbert Feist
        Appellant,

vs.

Director of Pardons
And Paroles,
        Appellee, et al,

FILED
January 5, 2018
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
JAN 0 5 2018
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Court of Appeals No.
03-17-00747-CV

Trial Court No. D-1-GN-17-004316

Request for Emergency Temporary
Restraining Order and Preliminary Injunction

To The Honorable Justices of Said Court:

Comes Now, Appellant Herbert Feist, in the Above said cause of Action, who makes And files this his TRO + PI, And would respectfully show unto this Honorable Court, the followings, to wit:

I.

An emergency order should issue prohibiting Appellee Agents, McConnell Unit Law Library Supervisior from denying Appellant Access to the Courts, by denying Indigent Material envelopes and paper.

Appellant can not litigate, can not timely file Any documents, And waive many rights by not timely filing, An Attorney should should be immediately Appointed.

II.

Appellee responded to pleadings without Answering Any Allegation, further, they claim Dec. 22, 2017, as the date of filing. Prison mail will verify Appellant received it (5) five days

—1—

later on Dec. 27, 2011.

It don't take (5) five days for certified mail to be received.

### III.

In any event more than (20) twenty days hass passed, Default should be entered, and Sanctions, Summary Judgment, since they failed to address any allegation.

Wherefore, Premises Considered, Appellant prays TRO & PI be granted with an Attorney for Default and Summary Judgment.

### Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Request for TRO & PI to Appellee Attorney Amber McKeon-Muller; P.O. Box 12548; Austin, Tx. 78711, on this ___29___ day of ___Dec.___, 2011.

### Verification

I, Herbert Feist, verify that the foregoing is true and correct on this ___29th___ day of ___Dec.___, 2011.

Respectfully,

s/ _Herbert Feist_

Herbert Feist # 318012
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx. 78102

-2-

<u>In The Court of Appeals</u>
<u>Third District of Texas</u>

Herbert Feist,
 Appellant,

vs.
         Case No. 03-17-00747-CV

Board of Pardons And
Paroles, Director,
 Appellee.
        <u>ORDER</u>

Be It Remembered By All Men:

 That on this ___ day of ___, 20__; Came on for Consideration Appellant Request for TRO & PI, After having reviewed the papers of this cause, this Honorable Court is of the Opinion that the following Order should Issue,

 Therefore, it is hereby Ordered, Adjudged and Decreed that TRO & PI should be immediately Issued with Appointment of Attorney and Default and Summary Judgment full Sanctions Against Appellee.

           _____
             Judge

Herbert Feist #3180 12
Mc Connell Unit
3001 S. Emily Dr.
Beeville, TX. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
03 JAN 2018 PM 2 L

78711-254747

Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX. 78711